AO 240 (Rev. 6/86) Application to Proceed ⊕

~~United States District Court~~
Southern District of Texas
FILED

JUL 1 6 2001

Michael N. Milby
Clerk of Court

# United States District Court

**Southern** DISTRICT OF **Texas**

**Eliseo Hinojosa Garza**

v.

**Gary Johnson**

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **B-01-121**

---

I, **Eliseo Hinojosa Garza**, declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant          [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?          Yes [ ]   No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   
   **See below.**
   
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   
   **Self-employed 1960 - 1989 then retired. Wages unknown at this date although prior income tax records will indicate amount.**

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment          Yes [ ]   No [ ]
   b. Rent payments, interest or dividends?                          Yes [ ]   No [ ]
   c. Pensions, annuities or life insurance payments?               Yes [ ]   No [ ]
   d. Gifts or inheritances?                                         Yes [X]   No [ ]
   e. Any other sources?                                             Yes [ ]   No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. CHILDREN SEND SMALL AMOUNTS ($25.00 - $50.00) PER MONTH WHICH IS USED TO PURCHASE WRITING MATERIAL, POSTAGE, OTC MEDICATION, VITAMINS AND HYGENIC ITEMS.

United States District Court
Southern District of Texas
RECEIVED
JUL 16 2001
Mail 12:03 PM LA
Michael N. Milby, Clerk

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes [X]   No [ ]   (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

PRISON ACCOUNT: $.34 AS OF 7-05-01

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes [X]   No [ ]

If the answer is "yes," describe the property and state its approximate value.

1 HOME (HOMESTEAD) - WIFE LIVES THERE AT PRESENT, SHE PAYS ALL UPKEEP, TAXES, ETC. DUE TO MY BEING INCARCERATED.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NONE - BEFORE INCARCERATION, I PAID ALL COSTS AND TAXES, FOOD, FROM MY S.S. PENSION. MY PENSION WAS STOPPED APPROXIMATELY JUNE OF 1998 UP TO THIS PRESENT DATE. WIFE NOW LIVES ON HER PENSION AND PAYS COSTS. PETITIONER IS NOW 71 YRS. OLD, WILL BE 72 IN 9-30-01 AND LIVED ON HIS PENSION, NOW STOPPED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-9-01                    _Eliseo H Barza_
                (Date)                    Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ .34 on account to his credit at the McConnell Unit institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_Norma G. Perry_  Comm. mgr.
Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

```
SALES027                TDCJ-E&R Programs              7/11/01
SFCTL03                 MCCONNELL UNIT 'A'             10:51:44
                        Commissary Sales Entry
Purchaser: GARZA,ELISEO HINOJOSA    Account Balance.:    $.34
Housing..: BLDG 4-F-2 ROWC  Race: H Allowed to Spend:    $.34
Custody..: MI MINIMUM IN            Restricted From.:
Purchases:    1 Last Date: 7/05/01  Restricted To...:

 Item#   Item Description          Unit Price  Qty  Ext Amount  Class




  Qty   Item/UPC Number      Transaction Total:       $.00
   1                         To Spend Balance.:       $.34


F1=Misc  F3=Exit  F4=Status              F10=Restart  F12=Accept/Print
```