3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELISEO HINOJOSA GARZA, § | |
| AKA: JOE GARZA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-121 |
| § | |
| GARY JOHNSON, DIRECTOR TEXAS § | |
| DEPARTMENT OF CRIMINAL JUSTICE § | |

## ORDER

Petitioner, Eliseo Hinojosa Garza, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by October 1, 2001.

DONE at Brownsville, Texas, this 31st day of July, 2001.

John Wm. Black
United States Magistrate Judge