IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELISEO HINOJOSA GARZA | § | |
| A.K.A.: JOE GARZA, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-121 |
| | § | |
| JANIE COCKRELL,[1] DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL, | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
|     Respondent. | § | |

**RESPONDENT COCKRELL'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent, Janie Cockrell, Director, Institutional Division, Texas Department of Criminal Justice ("the Director"), by and through her attorney, the Attorney General of Texas, and files this Respondent Cockrell's First Motion for Extension of Time with Brief in Support.

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered August 2, 2001, the Director is required to file her responsive pleading on or before October 1, 2001.

**II.**

Although the undersigned has received the Petitioner's state court records, the undersigned has not had sufficient time to review these records in order to determine the appropriate response to the allegations raised in the instant petition for writ of habeas corpus. Thus, additional time is

---

[1] The previous named respondent in this action was Gary L. Johnson. However, on August 1, 2001, Janie Cockrell succeeded Johnson as the Director, Texas Department of Criminal Justice, Institutional Division. Under Federal Rule of Civil Procedure 25(d)(1), she "is automatically substituted as a party."

needed. Therefore, the Director respectfully requests an extension of thirty-nine days, up to and including November 9, 2001, to file his response.

As justification for this extension of time, since receiving the Petitioner's state court records on September 21, 2001, the undersigned has drafted five pleadings in other habeas corpus cases, as well as preparing for and attending an evidentiary hearing in Dallas on September 26, 2001. In addition, as of today, the undersigned has responsive pleadings due in seventeen other habeas cases over the next thirty days. The undersigned assures this court that this request for an extension of time is not designed to harass the Petitioner, nor to unnecessarily delay these proceedings. Rather this extension is necessary to determine the appropriate response to the claims raised in the instant petition.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of thirty-nine days to November 9, 2001, within which to file a responsive pleading.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
  for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

\*JAMES M. TERRY, JR.
Assistant Attorney General
State Bar No. 24005199
Southern District Admission No. 23811

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, James M. Terry, Jr., Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent assumes that Petitioner will oppose this motion.

JAMES M. TERRY, JR.
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, James M. Terry, Jr., Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 1st day of October, 2001, addressed to:

Eliseo Hinojosa Garza
TDCJ-ID # 875733
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

JAMES M. TERRY, JR.
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *ELISEO HINOJOSA GARZA* | § | |
| *A.K.A.: JOE GARZA,* | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-121 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL,* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

# O R D E R

CAME ON this day for consideration Respondent Cockrell's First Motion for Extension of Time, and the Court having considered said Motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for filing an answer or responsive pleading should be and hereby is extended up to and including the 9th day of November, 2001.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING