6

Oct. 21, 200[1]

To Attorney General of Texas
John Cornyn

United States District Court
Southern District of Texas
FILED

OCT 25 2001

Michael N. Milby
Clerk of Court

From: Eliseo Hinojosa Garza
(AKA JOE GARZA)

Nature: To support allegations stated on "Petition for a Writ of Habeas Corpus by a person in State Custody, Section C, Ground three.

Eliseo Garza #8752
Wm G. McConnell Unit (M4)
3001 S. Emily Drive
Beeville, Tx. 78102
Place of Confinement
875733 Prisoner I.D.
B-01-121 Case NO.

Accompanying this letter you'll find news paper clippings that support my allegation concerning section C. of said Writ. The following names were also informed of there indictment being dismissed and being reindicted (as myself) by and from Sgt. Juan Salinas, all of us the same day!

1. Eliseo Hinojosa Garza
2. Sergio Balderas

Now the third party Hector Garcia, which is named in the clippings, was informed of the dismissal and reindictment by and from one said Sgt. Juan Salinas a day or so later.

I am sending a copy of this letter and clippings to the "Deputy Clerk" U.S. District Court Brownsville, Tx. also.

Respectfully,

Eliseo H Garza