8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 1 6 2001

By Deputy Clerk 

| | | |
|---|---|---|
| *ELISEO HINOJOSA GARZA* | § | |
| *A.K.A.: JOE GARZA,* | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-121 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL,* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

# O R D E R

CAME ON this day for consideration Respondent Cockrell's Second Motion for Extension of Time, and the Court having considered said Motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for placing an answer or responsive pleading in the mail should be and hereby is extended up to and including the 10th day of DECEMBER, 2001.

SIGNED on this the 15 day of NOV, 2001.

_____
JUDGE PRESIDING