In The United States District Court
For The Southern District of Texas
Brownsville Division

9

ELISEO HINOJOSA GARZA           X
A.K.A.; JOE GARZA,              X
                    Petitioner, X
                                X
                                X          CIVIL ACTION
V.                              X          NO. B-01-121
                                X
JANIE COCKRELL, DIRECTOR,       X
TEXAS DEPARTMENT OF CRIMINAL,   X
JUSTICE, INSTITUTIONAL DIVISION X

United States District Court
Southern District of Texas
FILED

NOV 26 2001

Michael N. Milby
Clerk of Court

## Motion For Appointment of Counsel

To the Honorable Judge of said court;

Now comes petitioner, Eliseo Hinojosa Garza, AKA; Joe Garza, makes and files this his motion for appointment of counsel and to support this motion Petitioner would respectfully show this Honorable court the following;

### I

Petitioner would respectfully show this Honorable court that a 28 USC 2254 was file in court on October 4, 2001, civil Action no. B-01-121.

(1 of 2)

## II

Petitioner is indigent and does not have the resources available to employ counsel in this cause, Petitioner is very much ignorance of the Law and lack's any legal assistance, Petitioner lacks the knowledge and complete understanding of the Judicial Process and is in need of Legal Assistance to help better prepare his case for the Court's review.

Petitioner is in need of an Attorney, at this point Petitioner has only manage to get his case this far with the help of other Inmates, Petitioner can not make his own motions or make the proper objection, if need to be, without the help of other Inmates.

Petitioner is in poor health and is 72 years old, date born 9-30 1929.

In accordance with government code 18 § 3006A, Petitioner reque this Honorable court to Appoint counsel, not only in the interest of Petitioner but also in the Interest of Justice so that this court wil have a clear conscious on the decisions made in this case and tha Petitioner will have a fair opportunity at Justice being served b granting this motion for appointment of counsel.

Petitioner request that this motion be granted.

Respectfully

x Eliseo H. Ga

(2 of 2)