In the United States District Court
For The Southern District of Texas
Brownsville Division

10

ELISEO HINOJOSA GARZA          X
A.K.A.; JOE GARZA,             
                               X
         Petitioner,           
                               X     CIVIL ACTION
                                     NO. B-01-121
V.                             X

JANIE COCKRELL, DIRECTOR       X
TEXAS DEPARTMENT OF CRIMINAL,  
JUSTICE, INSTITUTIONAL DIVISION. X

United States District Court
Southern District of Texas
FILED
NOV 26 2001
Michael N. Milby
Clerk of Court

## OBJECTION TO RESPONDENT COCKRELL'S SECOND MOTION FOR EXTENSION OF TIME

To The Honorable Judge of said court;

Now comes Petitioner Eliseo Hinojosa Garza makes and files this Objection to Respondent Cockrell's second motion for Extension of Time and in support of this motion Petitioner would respectfully show this Honorable Court the following:

I

Petitioner would respectfully show this Honorable court that

1 of 2

the Respondent Cockrell has already asked for a recei[ve] a 39 day extension of time in which to file a respon[se] to the 28 USC 2254 which is now on file in this Court[.]

The Respondent states this second motion for extension o[f] time is not designed to harass the Petitioner, nor to unnec[ess]arily delay these proceedings.

Respondent clearly stated that the undersigned had rece[ived] the state court records and not had sufficient time to re[view] these records was the reason for the 39 day extension [of] time in the First motion for extension of Time, now in Respondent's second motion for extension of Time, the und[er]sign alleges the same reason, "not had sufficient time [to] review these records," Petitioner believes the undersign is u[sing] the "not had sufficient time" for the purpose of delay of [the] Proceedings.

Petitioner request that this Honorable court deny any m[ore] motions for Extension of Time from Respondent and order t[he] Respondent to file an answer to the Petition already pendi[ng] in this Honorable court.

Petitioner request that this court grant his request and overrule any further Extension of Time motions from Responden[t.]

Respectfully Submit[ted]

2 of 2

x Elisco H ___