14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

FEB 22 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELISEO HINOJOSA GARZA, a/k/a JOE GARZA,<br>Petitioner, | § § § § | |
| VS. | § § | |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | § § § § § § | CIVIL ACTION NO. B-01-121 |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 30, 2002 should be **ADOPTED**.

IT IS **ORDERED** that Respondent Janie Cockrell's, Director, Texas Department of Criminal Justice, Institutional Division Motion for Summary Judgment (Docket No. 11) be **GRANTED**. IT IS further **ORDERED** that Petitioner Eliseo Hinojosa Garza's (a/k/a Joe Garza) Petition for Writ of Habeas Corpus (Docket No. 1) be **DENIED** and this case be **DISMISSED** in its entirety.

DONE in Brownsville, Texas, on this 22nd day of February, 2002.

Filemon B. Vela
United States District Court Judge