\16

United States District Court
Southern District of Texas
ENTERED

OCT 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

ELISEO HINOJOSA GARZA,           §
    Petitioner                   §
                                §
vs.                              §      B-01-121
                                §
                                §
DOUG DRETKE, DIRECTOR,           §
TEXAS DEPARTMENT OF CRIMINAL JUSTICE §
INSTITUTIONAL DIVISION           §
    Respondent                   §

## ORDER DENYING RULE 60 B MOTION

Before this Court is Petitioner, Eliseo Hinojosa Garza's Rule 60(b) Motion based on Newly

Discovered Evidence.   Petitioner maintains that he learned for the first time that there was no arrest warrant.

Assuming this constitutes "newly discovered evidence", Petitioner is still not entitled to relief under Rule

60(b) since a review of the record does not substantiate his claim.  Motions for a new trial based on newly

discovered evidence are "disfavored by the courts and therefore are viewed with great caution." [1]  The Court

has reviewed Garza's claims and is of the opinion that the Motion be DENIED.

SO ORDERED.

Signed this 27 day of October, 2003.

                                  Filemon B. Vela
                                  United States District Court

---

[1]    United States v. Fowler, 735 F.2d 823, 830 (5th Cir. 1984).